# STATE OF MICHIGAN

# COURT OF APPEALS

LITTLE TREE SUSHI BAR, INC., DIXIE MOON
SALOON, LLC, THE NASH FAMILY LIMITED
PARTNERSHIP, M & R REALTY 111 SOUTH
MAIN, LLC, SULLIVAN INVESTMENT
GROUP LIMITED PARTNERSHIP, THIRD
STREET PROPERTIES, INC., CORP ONE, INC.,
GROUP 225, INC., CORP ONE PROPERTY
COMPANY, LLC, ONE HUNDRED SEVEN
SOUTH MAIN, LLC, and R & M REALTY, LLC,

       Plaintiffs-Appellants,

v

CITY OF ROYAL OAK,

       Defendant-Appellee,

and

CENTRAL PARK DEVELOPMENT GROUP,
LLC,

       Intervening Defendant-Appellee.

UNPUBLISHED
July 31, 2018

No. 341606
Oakland Circuit Court
LC No. 2017-159908-CZ

Before: CAMERON, P.J., and JANSEN and O'CONNELL, JJ.

JANSEN, J. (*concurring*).

       I concur in the result only.

       /s/ Kathleen Jansen

-1-